United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSUE VAZQUEZ VAZQUEZ,<br>"Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00996 |
| WARDEN, PORT ISABEL DETENTION CENTER, *et al*.,<br>"Respondents." | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petition for Writ of Habeas Corpus" (Dkt. No. 13) ("MSJ") and "Advisory Regarding Removal" (Dkt. No. 15) ("Advisory"). By their advisory, Respondents notify the Court that Petitioner voluntarily departed the United States on October 20, 2026. (Dkt. No. 15 at 1). For this reason, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** sua sponte, and Respondents' MSJ (Dkt. No. 13) is **DENIED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction.

Here, Petitioner's voluntary departure renders his Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** sua sponte, and Respondents' MSJ (Dkt. No. 13) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this November 19, 2026

Rolando Olvera
United States District Judge